A. J. Binkley, administrator of the estate of Robert J. Carbray, deceased, appellee, v. The Prudential Insurance Company of America, appellant.

Opinion filed February 1, 1932.

Kramer, Campbell, Costello & Wiechert and Ed M. Spiller, for appellant. D. L. Duty, for appellee.

Mr. Presiding Justice Barry delivered the opinion of the court.

Cornelius Biebel, plaintiff in error, v. Dan Thompson, defendant in error.

Opinion filed February 1, 1932.

James O. Miller, for plaintiff in error. P. K. Johnson, for defendant in error.

Mr. Justice Edwards delivered the opinion of the court.

Commercial State Bank of Waterloo, appellee, v. C. A. Hughes, appellant.

Opinion filed February 1, 1932.

A. H. Fridrichs, for appellant. Joseph W. Rickert, for appellee.

Mr. Justice Edwards delivered the opinion of the court.

Anna Reimann, defendant in error, v. Edward J. Schmitt, plaintiff in error.

Opinion filed February 1, 1932.

Curt Lindauer, John T. Thomas and R. E. Costello, for plaintiff in error. P. K. Johnson and C. E. Chamberlin, for defendant in error.

Mr. Justice Edwards delivered the opinion of the court.

Edith W. Johnson, administratrix of the estate of Wayne Johnson, deceased, appellee, v. Illinois Central Railroad Company, appellant.

Opinion filed February 1, 1932.

Charles E. Feirich, C. S. Miller and Miles S. Gilbert, for appellant; R. V. Fletcher and E. C. Craig, of counsel. Asa J. Wilbourn and Reed Green, for appellee.

Mr. Justice Edwards delivered the opinion of the court.